■ In the Matter of Donald C., Petitioner, v Pano Z. Patsalos, as Justice of the Supreme Court of the State of New York, et al., Respondents. [688 NYS2d 900] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel the respondent Justice to vacate a decision and order dated September 25, 1998, in a proceeding entitled *Matter of Donald C.,* pending in the Supreme Court, Orange County, under Index No. L-89/96, which struck the petitioner's demand for a trial by jury.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought. Ritter, J. P., Altman, Goldstein and McGinity, JJ., concur.